IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| BRENDA INGRAM, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FAMILY DOLLAR STORES OF ) <br> ALABAMA, INC. d/b/a FAMILY DOLLAR ) <br> STORES, ) <br> ) <br> Defendant. ) <br> _____ ) | Civil Action No. : 3:06 CV 528 |

**ORDER**

The Court, having considered Counsel for Defendant's Motion to Admit John A. Ybarra *Pro Hac Vice*,

IT IS ORDERED that Defendant's Motion to Admit John A. Ybarra *Pro Hac Vice* is GRANTED; and

IT IS ORDERED that John A. Ybarra is admitted *pro hac vice* as counsel for Defendant Family Dollar Stores of Alabama, Inc. in the above-captioned cause.

**SO ORDERED**.          Signed: December 28, 2006

_____
Carl Horn, III
United States Magistrate Judge

Firmwide:81838447.1 045772.1065